UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHANDRAPAUL ANOOP, on his own behalf
and on behalf of others similarly situated,

Plaintiff,

- against -

SENTINEL MANAGEMENT GROUP, INC. and
ROBERT BUSER,

Defendants.
-------------------------------------------------------------X

Case No. 20-CV-5987 (RLM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiff and Defendants, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action against Defendants are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
       February 10, 2022

GEHI & ASSOCIATES.

By: /s/ Naresh Gehi
    Naresh Gehi, Esq.
    7409 37th Avenue, Ste. 205
    Jackson Heights, New York 11372
    nmgehi@gmail.com
    *Attorneys for Plaintiff*

By: /s/ Jeffrey Spiegel
    Jeffrey Spiegel, Esq.
    77 Water Street, Suite 2100
    New York, NY 10005
    (212) 232-1300
    Jeffrey.Spiegel@lewisbrisbois.com
    *Attorneys for Defendants*

SO ORDERED:

_____
Roanne L. Mann, U.S.M.J.

4814-8292-6321.1